| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Bryn Neter     ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Bryan Oleator<br>C. Date of Delivery  11-20-07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Southern Union State Community College
c/o President
Adult Education and Skills Training Division
1701 LaFayette Parkway
Opelika, AL 36801

07cv967 S&C

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 1490 0000 0026 6985

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540