| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Bryan Gleaton_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Bryan Gleaton<br>C. Date of Delivery: 11-26-07<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Claude O. McCartney<br>Director<br>Adult Education and Skills Training Division<br>1701 LaFayette Parkway<br>Opelika, AL 36801<br><br>07cv967 S&C | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0026 6978 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

Case ... Document ... Filed 11/21/2007 Page 1 of 1

SENDER: COMPLETE THIS SECTION — COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.