IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA REEVES-HOWARD, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 307 967-CSC |
| vs. | ) |
| SOUTHERN UNION STATE COMMUNITY COLLEGE, et al., | ) |
| | ) |
| Defendants. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Debra Reeves-Howard, plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and manager, trustees affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: **This party is an individual. And there are no entities to be reported.**

December 7, 2007.

Respectfully submitted,

_____
THERON STOKES
Attorney for Plaintiff

OF COUNSEL:

ALABAMA EDUCATION ASSOCIATION
Post Office Box 4177
Montgomery, AL 36103-4177
(334) 834-9790

Case 3:07-cv-00967-MHT-CSC    Document 7    Filed 12/10/2007    Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify. that I have, this _7th_ day of December 2007, filed a copy of this document by United States mail, addressed as follows:

Southern Union State Community College
c/o President
Adult Education and Skills Training Division
1701 LaFayette Parkway
Opelika, AL 36801

Central Alabama Skills Training Consortium
c/o Clifford O. Hunter
Selma Career Link
Post Office Box 1286
Selma, AL 36702

Claude O. McCartney
Adult Education and Training Division
1701 LaFayette Parkway
Opelika, AL 36801

THERON STOKES