IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA REEVES-HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-967 |
| | ) |
| SOUTHERN UNION STATE COMMUNITY COLLEGE, et al., | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Central Alabama Skills Training Consortium, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☒  This party is a governmental entity, or

☒  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |

Dec 17 2007
Date

Robert T. Meadows, III (MEA012)
Attorney for Southern Union State Community College, Central Alabama Skills Training Consortium and Claude O. McCartney

OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone:  334-501-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, Robert T. Meadows, III do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this _17th_ day of December, 2007, to:

Mr. Theron Stokes
Alabama Education Association
P.O. Box 4177
Montgomery, Alabama 36103-4177

_Dec. 17, 2007_              _Robert T. Meadows, III_
Date                                                     Of Counsel