IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DEBRA REEVES-HOWARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 3:07-cv-967-CSC |
| **SOUTHERN UNION STATE COMMUNITY COLLEGE, ET, AL.,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW,** Candis A. McGowan, of Wiggins, Quinn & Pantazis, LLC, The Kress Building, 301 - 19th Street North, Birmingham, AL 35203, makes her notice of appearance as additional counsel on behalf of the plaintiff in the above referenced case.

Respectfully submitted,

/s/ Candis A. McGowan
Candis A. McGowan, ASB-9358-036C
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building, 301 19th Street North
Birmingham, Alabama 35203
Telephone: (205)314-0500
Facsimile: (205)254-1500

/s/ Theron Stokes
Theron Stokes (STO012)
P. O. Box 4177
Montgomery, AL 36103-4177
Telephone: (334) 834-9790
Facsimile: (334) 834-7034


## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert T. Meadows
Capell Howard PC
P. O. Drawer 2268
Opelika, AL 36803-2268

Terrie Scott Bigg
Capell Howard PC
P. O. Box 2069
Montgomery, AL 36102-2069

Troy King
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130-3738

Joan Y. Davis
Alabama Department of Postsecondary Education
P. O. Box 302130
Montgomery, AL 36130-2130

/s/ Candis A. McGowan
**OF COUNSEL**