**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DEBRA REEVES-HOWARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  3:07-cv-967** |
| | ) | |
| **SOUTHERN UNION STATE COMMUNITY** | ) | |
| **COLLEGE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF SERVICE OF DISCOVERY

Comes now the undersigned and hereby certifies that a copy of the following has been served upon Plaintiff:

1.      Defendants' Rule 26(a) Statement of Initial Disclosures.


/s/ Terrie S. Biggs
TERRIE S. BIGGS
GEORGE L. BECK, JR.
CHRISTOPHER W. WELLER
Attorney for Plaintiff

**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, AL  36102-2069
Telephone:  (334) 241-8091
Facsimile:  (334) 241-8291
tsb@chlaw.com
glb@chlaw.com
cww@chlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on the 6th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Candis A. McGowan, Esquire
       Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL  35203
       cmcgowan@wcqp.com

       Theron Stokes, Esquire
       Alabama Education Association
       P.O. Box 4177
       Montgomery, Alabama 36103-4177
       therons@alaedu.org

       Nancy Perry, Esquire
       Alabama Education Association
       P.O. Box 4177
       Montgomery, Alabama 36103-4177
       nancyp@alaedu.org

                  /s/ Terrie S. Biggs
                  Terrie S. Biggs