# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **DEBRA REEVES-HOWARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.:  3:07-cv-967 |
| | ) | |
| **SOUTHERN UNION STATE COMMUNITY COLLEGE, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE OF DISCOVERY

Comes now the undersigned and hereby certifies that a copy of the following has been served upon Plaintiff:

1. Defendants' Rule 26(a) Statement of Initial Disclosures.

/s/ Terrie S. Biggs
ROBERT T. MEADOWS, III
TERRIE S. BIGGS
Attorneys for Defendants

**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, AL  36102-2069
Telephone:  (334) 241-8091
Facsimile:  (334) 241-8291

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Candis A. McGowan, Esquire
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL  35203
>cmcgowan@wcqp.com


>Theron Stokes, Esquire
>Alabama Education Association
>P.O. Box 4177
>Montgomery, Alabama 36103-4177
>therons@alaedu.org


>Nancy Perry, Esquire
>Alabama Education Association
>P.O. Box 4177
>Montgomery, Alabama 36103-4177
>nancyp@alaedu.org


>/s/ Terrie S. Biggs
>Terrie S. Biggs