IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DEBRA REEVES-HOWARD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
|    v. | ) 3:07cv967-MHT |
| | ) |
| SOUTHERN UNION STATE | ) |
| COMMUNITY COLLEGE, | ) |
| et al., | ) |
| | ) |
|    Defendants. | ) |

ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint and to add additional parties (Doc. No. 20) is granted. The court assumes that defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 23rd day of July, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE