**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
8/8/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 0 8 2008

1. Article Addressed to:

Dr. Amelia R. Pearson
President
Southern Union Community College
c/o Robert T. Meadows
P. O. Drawer 2268
Opelika, AL 36803-2268

07cv967  5 + Amd Cmp

3. Service Type     USPS
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7008 0500 0000 2995 4618

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
8/8/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 0 8 2008

1. Article Addressed to:

Bradley Byrne
Chancellor
State of Alabama Department of Postsecondary Education
c/o Robert T. Meadows
P. O. Drawer 2268
Opelika, AL 36803-2268

07cv967  5 + Amd Cmp

3. Service Type     USPS
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7008 0500 0000 2995 4632

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
8/8/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 0 8 2008

1. Article Addressed to:

Susan Salatto
c/o Robert T. Meadows
P. O. Drawer 2268
Opelika, AL 36803-2268

07cv967  5 + Amd Cmp

3. Service Type     USPS
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7008 0500 0000 2995 4601

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540