IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA REEVES-HOWARD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:07cv967-MHT |
| | ) | |
| SOUTHERN UNION STATE | ) | |
| COMMUNITY COLLEGE, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 25) is set for submission, without oral argument, on September 19, 2008, with all briefs due by said date.

DONE, this the 2nd day of September, 2008.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE