IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA REEVES-HOWARD,        )
                                      )

      Plaintiff,                )

                                      )

v.                               )      CASE NO. 3:07-cv-967

                                      )

SOUTHERN UNION STATE COMMUNITY  )
COLLEGE, et al.,                  )

                                      )

      Defendants,              )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Bradley Byrne, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party in an individual. Mr. Byrne is the Chancellor of the Alabama Department of Postsecondary Education. He reports to the Alabama State Board of Education.

Respectfully submitted,

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III (MEA012)
One of the Attorneys for Southern Union State Community College, Central Alabama Skills Training Consortium, Claude O. McCartney, Amelia R. Pearson, Bradley Byrne and Susan Salatto

OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone:     334-501-1540

## CERTIFICATE OF SERVICE

I, Robert T. Meadows, III do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this the 4th day of September, 2008, to:

Ms. Candis A. McGowan, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
cmcgowan@wcqp.com

Mr. Theron Stokes, Esq.
Alabama Education Association
P.O. Box 4177
Montgomery, Alabama 36103-4177
therons@alaedu.org

Ms. Nancy Perry, Esq.
Alabama Education Association
P.O. Box 4177
Montgomery, Alabama 36103-4177
nancyp@alaedu.org

_/s/ Robert T. Meadows, III_____
Of Counsel